AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  SA CV 14-00314 JVS (RNBx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JOHN D BRUSH CO INC D/B/A SENTRY GROUP
was received by me on *(date)* 3-11-14 .

☒ I personally served the summons on the individual at *(place)* 900 LINDEN AVE, ROCHESTER NEW YORK 14625 on *(date)* 3/18/14 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JAMES R. BRUSH , who is designated by law to accept service of process on behalf of *(name of organization)* CEO OF SENTRY on *(date)* 3/18/14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/18/14

*Server's signature*

DAVID P. MACK   3/18/14
*Printed name and title*

The Risk Solutions Group Inc.
3380 Monroe Ave. #116
Rochester, NY 14618
1-800-795-1016

*Server's address*

Additional information regarding attempted service, etc: