# Exhibit 2

Defendants' Opening Claim Construction Brief

…arable to < L phrase *contrā valēre* to be of worth …st (someone or something). See COUNTER-, -VALENT]  —Syn. 1. counterbalance, counterpoise, neutralize.
**coun·ter·view** (koun'tər vyōō'), *n.* an opposing or …asting opinion. [1580–90; COUNTER- + VIEW]
**coun·ter·weigh** (koun'tər wā'), *v.t., v.i.* to counter…nce; counterpoise. [1400–50; late ME *countreweyen*; COUNTER-, WEIGH]
**coun·ter·weight** (koun'tər wāt'), *n.* 1. a weight …as a counterbalance. —*v.t.* 2. to balance or equip …a counterweight. [1685–95; COUNTER- + WEIGHT]
**coun·ter·word** (koun'tər wûrd'), *n.* a word, often …hort-lived, popularity, widely used as an almost …ningless, automatic response. 2. a word that has …to be used with a meaning much less specific than …which it had originally, as *swell*, *awful*, or *terrific*. [1880; COUNTER- + WORD]
**coun·ter·work** (*n.* koun'tər wûrk'; *v.* koun'tər wûrk'), *n.* 1. work or action to oppose …other work or action. —*v.i.* 2. to work in opposi…n. —*v.t.* 3. to work in opposition to; hinder or frus…te. [1590–1600; COUNTER- + WORK]  —**coun'·ter·work'er**, *n.*
**count·ess** (koun'tis), *n.* 1. the wife or widow of a …t in the nobility of Continental Europe or of an earl … British peerage. 2. a woman having the rank of a …t or earl in her own right. [1125–75; ME *c(o)untesse* < AF; See COUNT², -ESS]
—Usage. See -ess.
**count'ing house'**, a building or office used by the …unting and bookkeeping department of a business. [1450; late ME]
**count'ing num'ber**, *Math.* See **whole number** (def. …) [1960–65]
**count'ing room'**, counting house. [1705–15]
**count·less** (kount'lis), *adj.* too numerous to count; in…erable: *the countless stars*. [1580–90; COUNT¹ + -LESS] —**count'less·ly**, *adv.*
—Syn. numberless, endless, myriad, unlimited.
**count' noun'**, *Gram.* a noun, as *apple*, *table*, or …day, that typically refers to a countable thing and …n English can be used in both the singular and the …ral and can be preceded by the indefinite article *a* or …n by numerals. Cf. **mass noun**. [1950–55]
**Count' of Mon'te Cris'to, The** (mon'tē krēs'tō), Fr. *Le Comte de Monte-Cristo*, a novel (1844–45) …Alexandre Dumas *père*.
**count' pal'atine**, *pl.* **counts palatine**. 1. (formerly, …ermany) a count having jurisdiction in his fief or …nce. 2. Also called **earl palatine**. *Eng. Hist.* an …her county proprietor who exercised royal …gatives within his county. [1590–1600]
**coun·tri·fied** (kun'trə fīd'), *adj.* 1. rustic or rural in …arance, conduct, etc.: *a countrified person; a coun…ed area amid the suburbs*. 2. not sophisticated or …opolitan; provincial. Also, **countryfied**. [1645–55; …TRIFY + -ED²] —**coun'tri·fied'ness**, *n.*
**coun·tri·fy** (kun'trə fī'), *v.t.*, **-fied**, **-fy·ing**. to make …ified. [COUNTRY + -FY]
**coun·try** (kun'trē), *n., pl.* **-tries**, *adj.* —*n.* 1. a state …tion: *What European countries have you visited?* 2. …territory of a nation. 3. the people of a district, …or nation: *The whole country backed the president …decision*. 4. the land of one's birth or citizenship. …ural districts, including farmland, parkland, and …sparsely populated areas, as opposed to cities or …s: *Many city dwellers like to spend their vacations in …country*. 6. any considerable territory demarcated …geographical conditions, by a distinctive population, …mountainous country; the Amish country of Penn…nia. 7. a tract of land considered apart from any …graphical or political limits; region; district. 8. the …c. 9. Law. the public at large, as represented by a …y. 10. See **country music**. 11. **go to the country**, …to dissolve a Parliament that has cast a majority …te disagreeing with the prime minister and cabinet …to call for the election of a new House of Commons. …**appeal to the country**, *Law*. to present one's cause to …ore one's country. *Law*. to present one's cause to …before a jury. —*adj.* 13. of, from, or characteris…c of the country; rural: *a winding country road*. 14. of, …nging to, or associated with country music: *That …ittle station plays country records all day long*. 15. …, unpolished; rustic: *country manners*. 16. of, from, …rtaining to a particular country. 17. Obs. of one's …country. [1200–50; ME *cuntree* < AF, OF < VL …) *contrāta* terrain opposite the viewer, equiv. to L …tō) COUNTER- + -*āta*, fem. of -*ātus* -ATE¹; cf. G *Ge…*region, deriv. of *gegen* AGAINST]
**coun'try-and-west'ern** (kun'trē ən wes'tərn), *n.* country music. [1955–60]
**coun'try-bred'** (kun'trē bred'), *adj.* raised or bred in …country. [1660–70]
**coun'try club'**, a club, usually in a suburban district, …clubhouse and grounds, offering various social ac…ies and generally having facilities for tennis, golf, …ming, etc. [1865–70, *Amer.*]
**Coun'try Club' Hills'**, a city in NE Illinois, near …cago. 14,676.
**coun'try cous'in**, a person from the country or from …town, to whom the sights and activities of a large …novel and bewildering. [1760–70]
**coun'try-dance'** (kun'trē dans', -däns'), *n.* a dance …English origin in which the dancers form circles …res or in which they face each other in two rows. …80]
**coun'try fe'ver**, *Older Use*. malaria. [1815–25]
**coun'try-fied'** (kun'trē fīd'), *adj.* countrified.
—**coun'try-fied'ness**, *n.*
**coun'try·folk** (kun'trē fōk'), *n.* (used with a plural …people living or raised in the country; rustics. 2.

people from the same country; compatriots. Also called **countrypeople**. [1540–50; COUNTRY + FOLK]
**coun'try fries'**, *Dial.* See **home fries**. Also called **coun'try-fried pota'toes** (kun'trē frīd').
**coun'try gen'tleman**, a wealthy man living in his country home or estate. [1625–35]
**coun'try house'**, a house in the country, esp. a large and impressive house on an estate. [1585–95]
**coun'try kitch'en**, a large kitchen with ample areas for food preparation and eating.
**coun'try·man** (kun'trē mən), *n., pl.* **-men**. 1. a native or inhabitant of one's own country. 2. a native or inhabitant of a particular region. 3. a person who lives in the country. 4. an unsophisticated person, as one who lives in or comes from a rural area; rustic. [1275–1325; ME *contre·man*. See COUNTRY, MAN¹]
—Syn. 1. compatriot, fellow citizen, landsman. 3. rustic, farmer, peasant.  —Ant. 1. foreigner.
—Usage. See -man.
**coun'try mile'**, *Informal*. a long distance: *He can hit a baseball a country mile*. [1945–50]
**coun'try mu'sic**, a style and genre of largely string-accompanied American popular music having roots in the folk music of the Southeast and cowboy music of the West, usually vocalized, generally simple in form and harmony, and typified by romantic or melancholy ballads accompanied by acoustic or electric guitar, banjo, violin, and harmonica. Also called **country-and-western**, **coun·try·west·ern** (kun'trē wes'tərn). [1965–70]
**coun'try·peo'ple** (kun'trē pē'pəl), *n.* (used with a plural *v.*) countryfolk. [1570–80; COUNTRY + PEOPLE]
**coun'try rock'**, 1. a style of popular music combining the features of rock-'n'-roll and country music. Cf. **rockabilly**. 2. *Geol.* the rock surrounding and penetrated by mineral veins or igneous intrusions. Cf. **wall rock**. [1870–75]
**coun'try seat'**, (kun'trē sēt'), *n. Brit.* a country mansion or estate, esp. one belonging to a distinguished family and large enough to accommodate house parties, hunt meetings, etc. [1575–85; COUNTRY + SEAT]
**coun'try·side'** (kun'trē sīd'), *n.* 1. a particular section of a country, esp. a rural section. 2. its inhabitants. [1615–25; COUNTRY + SIDE¹]
**coun'try sing'er**, a singer of country music songs. [1950–55]
**coun'try store'**, a general store, esp. in a rural or resort area. [1735–45, *Amer.*]
**coun'try·wide'** (kun'trē wīd'), *adj.* extending across or throughout the whole country; nationwide: *a countrywide reaction; a countrywide highway system*. Also, **coun'try-wide'**. [1920–25; COUNTRY + WIDE]
**coun'try·wom'an** (kun'trē wŏŏm'ən), *n., pl.* **-wom·en**. 1. a woman who is a native or inhabitant of one's own country. 2. a woman who lives in the country. [1400–50; late ME; see COUNTRY, WOMAN]
—Usage. See **woman**.
**count·ship** (kount'ship), *n.* 1. the rank or position of a count. 2. the territory or jurisdiction of a count. [1695–1705; COUNT² + -SHIP]
**coun·ty** (koun'tē), *n., pl.* **-ties**. 1. the largest administrative division of a U.S. state: *Miami, Florida, is in Dade County*. 2. one of the chief administrative divisions of a country or state, as in Great Britain and Ireland. 3. one of the larger divisions for purposes of local administration, as in Canada and New Zealand. 4. the territory of a county, esp. its rural areas: *We farmed out in the county before moving to town*. 5. the inhabitants of a county: *It was supposed to be a secret, but you told the whole county*. 6. the domain of a count or earl. [1250–1300; ME *counte* < AF *counté*, OF *cunté*, *conte*. < LL *comitātus* imperial seat, office of a *comes* (see COUNT²), equiv. to L *comit-*, s. of *comes* + -*ātus* -ATE³ (or by reanalysis of L *comitātus* escort, retinue, orig. v. noun of *comitārī* to accompany, deriv. of *comes*]
**coun'ty²** (koun'tē), *n. Obs.* count¹. [1540–50; < AF *counte* COUNT²; -*y* by confusion with COUNTY¹]
**coun'ty a'gent**, a U.S. governmental official employed chiefly to advise farmers on farming and marketing techniques and to promote educational programs fitted to the needs of rural people. Also called **agricultural agent**. Cf. **extension agent**. [1695–1705, *Amer.*]
**coun'ty board'**, the governing body of a U.S. county consisting usually of three or more elected members. [1830–40, *Amer.*]
**coun'ty clerk'**, an elective county official in most U.S. states who generally keeps records of property titles, distributes ballots, issues licenses, etc. [1685–95]
**coun'ty commis'sioner**, a member of a U.S. county board overseeing the collection and disbursement of funds and other affairs of the county. [1680–90]
**coun'ty court'**, 1. (in the U.S.) a. an administrative board in counties in some states. b. a judicial tribunal in some states with jurisdiction extending over one or more counties. 2. (in England) a. the lowest civil tribunal, having limited jurisdiction, mostly for the recovery of small debts. b. (formerly) the assembly of local residents who met periodically in each county under the presidency of the sheriff to transact the judicial and administrative business of the county. [1525–35]
**coun'ty fair'**, a competitive exhibition of farm products, livestock, etc., often held annually in the same place in the county. [1835–45]
**coun'ty farm'**, a farm maintained for the poor by a county. [1870–75, *Amer.*]
**coun'ty home'**, a county poorhouse. Also called **coun'ty house'**. [1910–15, *Amer.*]
**coun'ty pal'atine**, *pl.* **counties palatine**. the territory under the jurisdiction of a count palatine. [1400–50; late ME]

**coun'ty pin'**, *South Midland and Southern U.S.* counterpin.
**coun'ty seat'**, the seat of government of a county. [1795–1805, *Amer.*]
**coup¹** (kōō), *n., pl.* **coups** (kōōz; *Fr.* kōō). 1. a highly successful, unexpected stroke, act, or move; a clever action or accomplishment. 2. (among the Plains Indians of North America) a brave or reckless deed performed in battle by a single warrior, as touching or striking an enemy warrior without sustaining injury oneself. 3. See **coup d'état**. 4. **count coup**, (among Plains Indians of North America) a. to perform a coup. b. to recount or relate the coups one has performed. [1640–50; < F: lit., blow, stroke, OF *colp* < LL *colpus*, L *colaphus* < Gk *kólaphos*]
**coup²** (kōōp, kōōp), *n., v.t. Scot.* overturn; upset. [1350–1400; ME *coupe* to pay for < ON *kaupa* to buy, barter; c. OE *cēapian*, G *kaufen*. See CHEAP]
**coup de foud·re** (kōōd° fōō'drə), *pl.* **coups de fou·dre** (kōōd° fōō'drə). *French*. 1. a thunderbolt. 2. love at first sight.
**coup de grâce** (kōōd° gräs'), *pl.* **coups de grâce** (kōōd° gräs'). *French*. 1. a death blow, esp. one delivered mercifully to end suffering. 2. any finishing or decisive stroke. [lit., blow of mercy]
**coup de main** (kōōd° man'), *pl.* **coups de main** (kōōd° man'). *French*. 1. a surprise attack; a sudden development. [lit., blow from the hand]
**coup de maî·tre** (kōōd° me'trə), *pl.* **coups de maî·tre** (kōōd° me'trə). *French*. a master stroke.
**coup de poing** (Fr. kōōd° pwan'), *pl.* **coups de poing** (Fr. kōōd° pwan'). *Archaeol*. (no longer in technical use) a Lower Paleolithic stone hand ax, pointed or ovate in shape and having sharp cutting edges. [1910–15; < F: lit., blow of the fist]
**coup d'es·sai** (kōō de sā'), *pl.* **coups d'es·sai** (kōō de sā'). *French*. a first attempt. [lit., trial stroke]
**coup d'é·tat** (kōō' dā tä'; *Fr.* kōō da tA'), *pl.* **coups d'é·tat** (kōō' dā tāz; *Fr.* kōō da tA'). a sudden and decisive action in politics, esp. one resulting in a change of government illegally or by force. [1640–50; < F: lit., stroke concerning the state]
—Syn. overthrow, rebellion, revolution, uprising.
**coup de thé·â·tre** (kōōd° tā ä'trə), *pl.* **coups de thé·â·tre** (kōōd° tā ä'trə). *French*. 1. a surprising or unexpected turn of events in a play. 2. a sensational and unexpected turn in the plot of a drama. 3. any theatrical trick intended to have a sensational effect.
**coupe¹** (kōōp), *n.* 1. Also, **coupé**. a closed, two-door car shorter than a sedan of the same model. 2. coupé (defs. 1–3). [1880–85; see COUPÉ]
**coupe²** (kōōp), *n.* 1. ice cream or sherbet mixed or topped with fruit, liqueur, whipped cream, etc. 2. a glass container for serving such a dessert, usually having a stem and a wide, deep bowl. 3. any rimless plate. [1375–1425 for earlier senses "wicker basket, tub, cask"; 1890–95 for current senses; ME < AF *co(u)pe*, OF *coupe* < LL *cuppa*, L *cūpa* cask, tub, barrel; cf. CUP]
**cou·pé** (kōō pā' *or, for 1, 5*, kōōp), *n.* 1. a short, four-wheeled, closed carriage, usually with a single seat for two passengers and an outside seat for the driver. 2. the end compartment in a European diligence or railroad car. 3. *Ballet*. an intermediary step to transfer the weight from one foot to the other. 4. (in Continental heraldry) party per fess. 5. coupe¹ (def. 1). Also, **coupe** (for defs. 1–3). [1825–35; < F *coupé* (in defs. 1 and 2) short for *carrosse coupé* cut (i.e., shortened) coach), ptp. of *couper* to cut off, v. deriv. of *coup* COUP; cf. COPE¹]
**Cou·pe·rin** (kōōp' *RAN*'), *n.* **Fran·çois** (fRAN swA'), 1668–1733, French composer.
**Cou·pe·rus** (kōō pā'rəs), *n.* **Lou·is** (lōō ē'), 1863–1923, Dutch novelist.
**coup·ette** (kōō pet'), *n.* a small coupe for serving dessert. [COUPÉ + -ETTE]
**cou·ple** (kup'əl), *n., v.*, **-pled**, **-pling**. —*n.* 1. two of the same sort considered together; pair. 2. two persons considered as joined together, as a married or engaged pair; lovers, or dance partners: *They make a handsome couple*. 3. any two persons considered together. 4. *Mech.* a pair of equal, parallel forces acting in opposite directions and tending to produce rotation. 5. Also called **couple-close**. *Carpentry*. a pair of rafters connected by a tie beam or collar beam. 6. a leash for holding two hounds together. 7. *Fox Hunting*. two hounds: *25 hounds or 12½ couple*. 8. **a couple of**, more than two, but not many, of; a small number of; a few: *It will take a couple of days for the package to get there*. Also, **a couple**. —*v.t.* 9. to fasten, link, or associate together in a pair or pairs. 10. to join; connect. 11. to unite in marriage or in sexual union. 12. *Elect.* a. to join or associate by means of a coupler. b. to bring (two electric circuits or circuit components) close enough to permit an exchange of electromagnetic energy. —*v.i.* 13. to join in a pair; unite. 14. to copulate. [1175–1225; (n.) ME < AF *c(o)uple*, OF *cople*, *cuple* < L *cōpula* a tie, bond (see COPULA); (v.) ME *couplen* < AF *co(u)pler*, OF *copler*, *cupler* < L *copulāre* (see COPULATE)] —**cou'ple·a·ble**, *adj.*
—Usage. The phrase A COUPLE OF has been in standard use for centuries, especially with measurements of time and distance and in referring to amounts of money: *They walked a couple of miles in silence. Repairs will probably cost a couple of hundred dollars*. The phrase is used in all but the most formal speech and writing. The shortened phrase A COUPLE, without OF (*The gas station's a couple miles from here*), is an Americanism of recent development that occurs chiefly in informal speech or representations of speech. Without a following noun, the

CONCISE PRONUNCIATION KEY: act, cāpe, dâre, pärt; set, ēqual; if, īce; ox, ōver, ôrder, oil, bŏŏk, bōōt, out; up, ûrge; child; sing; shoe; thin, that; zh as in treasure. ə as in alone, e as in system, i as in easily, o as in gallop, u as in circus; ə as in fire (fī⁰r), hour (ou⁰r). ⁰ and ⁿ can serve as syllabic consonants, as in cradle (krād⁰l), button (but⁰n). See the full key inside the front cover.