MISHCON DE REYA NEW YORK LLP
John F. Petrsoric (*Pro Hac Vice*)
Email: john.petrsoric@mishcon.com
750 7th Avenue, 26th Floor
New York, New York  10019
Telephone: 212.612.3270
Facsimile: 212.612.3297

NEWPORT TRIAL GROUP
Tyler J. Woods (SBN 232464)
Email: twoods@trialnewport.com
4100 Newport Place, Suite 800
Newport Beach, California  92660
Telephone: (949) 706-6464
Facsimile:  (949) 706-6469

Attorneys for Plaintiff
O.S. SECURITY LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| O.S. SECURITY LLC,<br><br>      Plaintiff,<br>vs.<br><br>SARGENT MANUFACTURING COMPANY, ASSA ABLOY, INC.,<br><br>      Defendants. | Case No. SACV14-00318 AG (DFMx)<br><br>**DECLARATION OF JOHN PETRSORIC** |
| O.S. SECURITY LLC,<br><br>      Plaintiff,<br>vs.<br><br>BRK BRANDS, INC.<br><br>      Defendant. | Case No. SACV14-00310 AG (DFMx) |
| O.S. SECURITY LLC,<br><br>      Plaintiff,<br>vs.<br><br>JOHN D. BRUSH & CO., d/b/a SENTRY GROUP<br><br>      Defendant. | Case No. SACV14-00314 AG (DFMx) |
| O.S. SECURITY LLC,<br><br>      Plaintiff,<br>vs. | Case No. SACV14-00319 AG (DFMx) |

SCHLAGE LOCK COMPANY, LLC,

    Defendant.

MISHCON DE REYA NEW YORK LLP

**DECLARATION OF JOHN PETRSORIC**

1. I, John F. Petrsoric, hereby declare as follows:

    1. I am an attorney with the law firm Mishcon de Reya New York LLP, 750 7th Avenue, New York, New York 10019. Mishcon de Reya is counsel for Plaintiff OS Security LLC in the present action. I am admitted to the bar of the State of New York and *pro hac vice* to this Court for the present action.

    2. I make this Declaration in support of Plaintiff's Opening Claim Construction brief. I am familiar with the facts contained and the documents described in this Declaration.

    3. Attached as **Exhibit 1** is a true and correct copy of a chart outlining O.S. Security LLC's asserted patent claims in this action.

    4. Attached as **Exhibit 2** is a true and correct copy of U.S. Patent No. 5,617,082.

    5. Attached as **Exhibit 3** is a true and correct copy of U.S. Patent No. 6,977,576.

    6. Attached as **Exhibit 4** is a true and correct copy of the Declaration of Stephen B. Heppe in support of Sargent Manufacturing Company and ASSA ABLOY Inc.'s Claim Construction.

    7. Attached as **Exhibit 5** is an annotated copy of Figure 7 of U.S. Patent No. 5,617,082.

Dated February 3, 2015

　　　　　　　　　　　　　　　　　*/s/ John F. Petrsoric*
　　　　　　　　　　　　　　　　　John F. Petrsoric

1

**DECLARATION OF JOHN PETRSORIC**