# Exhibit 5



**FIG. 7**